IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT DUNKLIN, #227652, )
)
    Plaintiff, )
)
v. ) CASE NO. 2:15-CV-124-WKW
) [WO]
SHERIFF KENNY HARDEN, )
)
    Defendant. )

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 40.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 40) is ADOPTED;

2. Defendant's Motion for Summary Judgment (Docs. # 28, 34) is GRANTED;

3. Judgment is GRANTED in favor of Defendant;

4. This case is DISMISSED with prejudice; and

5. Costs are taxed against Plaintiff Robert Dunklin.

A final judgment will be entered separately.

DONE this 31st day of August, 2017.

                                                   /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE